# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2070
_____

JOEL BUTKO,

   Appellant,

v.

SARA BUTKO,

   Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Kerra Smith, Judge.

March 21, 2024


PER CURIAM.

   AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joel Butko, pro se, Appellant.

Sara Butko, pro se, Appellee.